IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE AT MEMPHIS

GERALD WHEALTON,

    Plaintiff,

v.                        No. 2:05-cv-02234-JDB-dkv

STEVE HUDGINS,

    Defendant.

## RULE 16(b) SCHEDULING ORDER

Pursuant to written notice, a scheduling conference was held. Present were Benjamin Lundy Daniel, Esq., counsel for plaintiff, and Curt R. Soefker, counsel for defendants. At the conference, the following dates were established as the final dates for:

INITIAL DISCLOSURES PURSUANT TO Fed.R.Civ.P. 26(a)(1): June 2, 2005

JOINING PARTIES: July 19, 2005

AMENDING PLEADINGS: July 19, 2005

INITIAL MOTIONS TO DISMISS: August 19, 2005

COMPLETING ALL DISCOVERY: February 17, 2006

    (a)    DOCUMENT PRODUCTION: October 14, 2005

    (b)    DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS: November 14, 2005

    (c)    EXPERT WITNESS DISCLOSURE (Rule 26):

        (1)    DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION: December 16, 2005

        (2)    DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION: January 17, 2006

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-13-05

    (3)    EXPERT WITNESS DEPOSITIONS: February 17, 2006

FIILNG DISPOSITIVE MOTIONS: March 17, 2006

OTHER RELEVANT MATTERS:

No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for the good cause shown, or the objection to the default, response, answer, or objection shall be waived.

This case is set for jury trial, and the trial is expected to last 2-3 day(s). The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge.

This case is appropriate for ADR. The parties are directed to engage in court-annexed attorney mediation or private mediation after the close of discovery.

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed.R.Civ.P. 12, 56, 59 and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties have not consented to trial before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED.

_Diane K. Vescovo_
DIANE K. VESCOVO
United States Magistrate Judge

Date: May 12, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:05-CV-02234 was distributed by fax, mail, or direct printing on May 13, 2005 to the parties listed.

Benjamin Lundy Daniel
DANIEL LAW FIRM
8 S. Third Street
2nd Floor
Memphis, TN 38103

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

John Lewis Wardlaw
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Curt Reid Soefker
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Honorable J. Breen
US DISTRICT COURT