IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE AT MEMPHIS

FILED BY /C_ D.C.

05 OCT 12 PM 2: 53

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

GERALD WHEALTON,

    Plaintiff,

v.

No. 2:05-cv-02234-JDB-dkv

STEVE HUDGINS,

    Defendant.

## SCHEDULING ORDER

Pursuant to written notice, a scheduling conference was held on September 29, 2005. Present were Benjamin Lundy Daniel, Esq., counsel for plaintiff, and Curt R. Soefker, counsel for defendant. At the conference, the following dates were established as the final dates for:

| | | |
|---|---|---|
| COMPLETING ALL DISCOVERY: | | March 15, 2006 |
| (a) | DOCUMENT PRODUCTION: | February 15, 2006 |
| (b) | LIMITED DISCOVERY IN AID OF MOTION TO DISMISS: | December 15, 2005 |
| (c) | INTERROGATORIES AND REQUESTS FOR ADMISSIONS: | February 15, 2006 |
| (d) | EXPERT WITNESS DISCLOSURE (Rule 26): | |
|   (1) | DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION: | December 16, 2005 |
|   (2) | DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION: | January 17, 2006 |

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 10-13-05

(18)

      (3)    ALL DEPOSITIONS (fact
                And expert):                            March 15, 2006

FILING SUPPLEMENT TO PENDING
DISPOSITIVE MOTION                            January 15, 2006

FILING DISPOSITIVE MOTIONS:           April 15, 2006

This case remains set for trial on July 17, 2006.

IT IS SO ORDERED this 12th day of October, 2005.

                              J. Daniel Breen, United States District Judge

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 2:05-CV-02234 was distributed by fax, mail, or direct printing on October 13, 2005 to the parties listed.

---

Benjamin Lundy Daniel
DANIEL LAW FIRM
8 S. Third Street
2nd Floor
Memphis, TN 38103

Curt Reid Soefker
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

John Lewis Wardlaw
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT